Gregory HARVEY, Plaintiff–Appellant,

v.

Christopher FARBER, County Sheriff, Herkimer County Jail, et al., Defendants–Cross Defendants–Appellees.

Charlene Macri, County Jail Nurse Practitioner, Herkimer County Sheriff's Department, Defendant–Cross Claimant.

No. 13–2551.

United States Court of Appeals, Second Circuit.

April 21, 2016.

Gregory Harvey, Ossining, NY, pro se.

Thomas K. Murphy, Murphy, Burns, Barber & Murphy, LLP, Albany, NY, for Appellees.

PRESENT: ROBERT D. SACK, RICHARD C. WESLEY and GERARD E. LYNCH, Circuit Judges.

## SUMMARY ORDER

Plaintiff–Appellant Gregory Harvey, proceeding *pro se*, appeals from the District Court's entry of judgment in favor of Defendants–Appellees on his 42 U.S.C. § 1983 claims following a jury trial. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

Harvey has provided us with no reason to disturb the District Court's judgment. The only issue he raises on appeal is whether his trial counsel was ineffective for failing to introduce certain evidence at trial. It is well established, however, that, except when faced with the prospect of imprisonment, the Sixth Amendment right to counsel does not apply in a civil case. *See, e.g., Guggenheim Capital, LLC v. Birnbaum*, 722 F.3d 444, 453 (2d Cir.2013); *United States v. Coven*, 662 F.2d 162, 176 (2d Cir.1981).

Accordingly, we **AFFIRM** the judgment of the District Court.